UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JERROD A. WILSON

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 08-196-JVP-CN

# RULING

This matter is before the court on an appeal by pro se plaintiff, Jerrod A. Wilson, of an order by United States Magistrate Judge Christine Noland denying plaintiff's motion to proceed in forma pauperis (doc. 6). Jurisdiction is based on 28 U.S.C. § 1331. There is no need for oral argument.

Plaintiff, an inmate at the Louisiana State Penitentiary in Angola, Louisiana, filed this action on April 4, 2008, alleging that several defendants at the penitentiary have violated his constitutional rights by interfering with his personal mail. In denying plaintiff's motion, the magistrate judge noted that plaintiff has, on three or more prior occasions while incarcerated, brought an action or appeal that has been dismissed by a United States court as frivolous. The magistrate judge also cited 28 U.S.C. § 1915, which provides in pertinent part:

> In no event shall a prisoner bring a civil action or appeal a
> judgment in a civil action or proceeding under this section
> if the prisoner has, on 3 or more prior occasions, while

1

> incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The statute clearly precludes plaintiff from proceeding in forma pauperis unless he is under imminent danger of serious physical injury. Plaintiff's complaint alleges that he is in imminent danger of serious physical injury due to the defendants' interference with his personal mail and because defendants have taken his blood for DNA sampling (doc. 1, § IV). He has, however, presented no evidence that he was in actual danger of serious physical injury either when he filed the complaint, the motion to proceed in forma pauperis, or the appeal. Plaintiff is therefore barred by 28 U.S.C. § 1915(g) from proceeding in this action in forma pauperis. See *Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998) (holding that § 1915(g) requires plaintiff to demonstrate that he was in imminent danger at the time he sought to file suit, at the time he filed a motion to proceed in forma pauperis, or at the time he filed the notice of appeal).

## CONCLUSION

Accordingly, the appeal by plaintiff, Jerrod A. Wilson, of the magistrate judge's order denying his motion to proceed in forma pauperis (doc. 6) is hereby **DENIED** and this action shall be **DISMISSED** for failure to pay the filing fee.

Baton Rouge, Louisiana, September 11, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA